Henry C. Brown, Respondent, v. Hugh McGuckin, Appellant.— Judgment affirmed, with costs. All concurred.

Ira B. Carpenter, Appellant, v. James Green, as Trustee of the Real and Personal Property of James H. Carpenter, Deceased, Respondent.— Judgment unanimously affirmed, with costs.

City of Glens Falls, Respondent, v. Morrison Shirt and Collar Company, Appellant.— Judgment unanimously affirmed, with costs.

John Convery, Respondent, v. Saratoga Trap Rock Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Eua N. Curtis, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Henry Dumary, Respondent, v. United Traction Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Martin Dunckel, Appellant, v. Harrison Van Vrankin and Others, Respondents.— Judgment and order unanimously affirmed, with one bill of costs.

Esopus Co-operative Fire Insurance Company, Respondent, v. Henry W. Osborn, Appellant.— Judgment of the County Court affirmed, with costs. All concurred.

Lizzie Flagler, as Administratrix, etc., Appellant, v. Boston and Maine Railroad, Respondent.— Motion denied.

Bridget A. Gardner, as Administratrix, etc., of Joseph P. Gardner, Deceased, Respondent, v. Schenectady Railway Company, Appellant.— Order granting extra allowance reversed, and judgment modified by deducting therefrom the amount of said extra allowance, and as so modified said judgment and order denying a new trial affirmed, with costs. All concurred, except Smith, P. J., not voting.

Roy W. Gausmann, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment unanimously affirmed, with costs. All concurred.

Malcolm Gibson, Respondent, v. Lawrence Barnum, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Clara E. Holmes, Respondent, v. Alfred Hemstreet, Appellant.— Judgment and order reversed as against the weight of evidence and a new trial granted, with costs to appellant to abide event. All concurred.

Mary E. Hyland, as Administratrix, etc., of John M. Hyland, Deceased, Respondent, v. Baker & Shevlin Company, Appellant.— Judgment and order unanimously affirmed, with costs.

James H. Jones, Appellant, v. Horace E. Hartwell, Respondent.— Under section 537 of the Code of Civil Procedure the order is not appealable; the appeal is, therefore, dismissed.*

William Lefi, Respondent, v. Wilhelm Knauth and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Nora Manning, as Executrix, etc., of Jeremiah C. Manning, late of Keese-

---

* See *Harris* v. *Combs* (*ante*, p. 975).— [REP.